# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   CAROLYN J. BARMORE          &                                   Case Number: 04-74943
         1411 VICTORIA AVENUE              SSN-xxx-xx-9799
         ROCKFORD, IL  61102

                                                        Case filed on:       10/5/2004
                                                        Plan Confirmed on:   12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,950.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 208 | DIRECT LOAN SERVICING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CAROLYN J. BARMORE | 0.00 | 0.00 | 350.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 350.00 | 0.00 |
| 001 | CITI FINANCIAL | 422.44 | 422.44 | 422.44 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS | 1,886.76 | 1,886.76 | 1,886.76 | 0.00 |
| 004 | FORD MOTOR CREDIT CORP | 3,800.00 | 3,800.00 | 3,800.00 | 683.76 |
| 011 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 6,109.20 | 6,109.20 | 6,109.20 | 683.76 |
| 004 | FORD MOTOR CREDIT CORP | 4,151.75 | 4,151.75 | 699.75 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FINGERHUT CREDIT ADVANTAGE | 750.23 | 750.23 | 126.44 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 2,593.22 | 2,593.22 | 437.06 | 0.00 |
| 008 | US DEPARTMENT OF EDUCATION | 8,660.21 | 8,660.21 | 1,459.60 | 0.00 |
| 009 | WELLS FARGO FINANCIAL | 727.50 | 727.50 | 122.61 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 4,667.47 | 4,667.47 | 786.66 | 0.00 |
|  | Total Unsecured | 21,550.38 | 21,550.38 | 3,632.12 | 0.00 |
|  | Grand Total: | 29,023.58 | 29,023.58 | 11,455.32 | 683.76 |

Total Paid Claimant:      $12,139.08
Trustee Allowance:        $810.92          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   16.85            discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just. Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL on 02/29/2008          By  /s/Heather M. Fagan